UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24cv-01716-JSS-EJK

HOWARD COHAN,

Plaintiff,

vs.

EINSTEIN AND NOAH CORP.
a Foreign Profit Corporation
d/b/a EINSTEIN BROS BAGELS #3478

Defendant(s).
_______________________________________/

**JOINT NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, EINSTEIN AND NOAH CORP., a Foreign Profit Corporation, d/b/a EINSTEIN BROS BAGELS #3478, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within sixty (60) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED October 21, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410

By: **/s/ Ryan B. Weiss**
Ryan B. Weiss, Esq.
Florida Bar No.: 114479
Email: *Ryan.Weiss@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500

Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**